# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BKY. NO. 19-13509 |
| DAVID A. ROACH, and | : |
| CHERYL A. ROACH | : CHAPTER 13 |

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received to the Notice and Application for Compensation dated August 21, 2019 within the time allowed by law.

DATED: September 11, 2019

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047
(215) 741-1100
Fax (215) 741-4029
Email:  mpk@cowanandkelly.com