# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 19-13509 |
| DAVID A. ROACH AND | : |
| CHERYL A. ROACH | : CHAPTER 13 |

## PRAECIPE

TO THE CLERK:

Please withdraw the Objection to Secured Claim #8 filed by Wells Fargo Bank, N.A. which was filed on August 2, 2019.


Dated:   October 14, 2019           BY:/s/ Michael P. Kelly
                                    Michael P. Kelly, Esquire
                                    Suite 202 - Penn's Square
                                    402 Middletown Boulevard
                                    Langhorne, PA 19047
                                    (215) 741-1100
                                    fax (215) 741-4029
                                    Email:   mpk@cowanandkelly.com