UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    DAVID A. ROACH<br>    CHERYL A. ROACH<br><br>                 Debtors | Chapter 13<br>Bankruptcy No.19-13509-JKF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 4th day of November, 2019, by first class mail upon those listed below:

DAVID A. ROACH
CHERYL A. ROACH
1014 BROADVIEW AVENUE
LANGHORNE, PA  19047

**Electronically via CM/ECF System Only:**

MICHAEL P KELLY ESQ
COWAN & KELLY
202 PENNS SQUARE
LANGHORNE, PA  19047

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee