**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 19-13509 |
| DAVID A. ROACH AND | : |
| CHERYL A. ROACH | : CHAPTER 13 |

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

David and Cheryl Roach have filed an objection to the proof of claim you filed in this bankruptcy.

1. **Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney.)

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held before the **Honorable Jean K. FitzSimon on January 8, 2020, at 9:30 a.m., in Courtroom 3**, United States Bankruptcy Court, Robert NC Nix Building, 900 Market Street, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: December 3, 2019

Attorney for Objector:

Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047
phone (215) 741-1100
fax (215) 741-4029
email: mpk@cowanandkelly.com