## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 19-13509 |
| DAVID A. ROACH AND | : |
| CHERYL A. ROACH | : CHAPTER 13 |

### CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, attorney for debtor, does hereby certify under penalty of perjury that on December 4, 2019 I sent by first class mail, postage prepaid, a copy of the Objection to Secured Claim #2 **of Pennsylvania Department of Revenue** and Notice of Hearing to the following:

US Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

David and Cheryl Roach
1014 Broadview Avenue
Langhorne, PA 19047

Pennsylvania Attorney General
Josh Shapiro
1600 Arch Street, Suite 300
Philadelphia, PA 19103

Pennsylvania Attorney General
Josh Shapiro
16th Floor, Strawberry Square
Harrisburg, PA 17120

Date:   December 4, 2019

By: /s/ Michael P. Kelly
    Michael P. Kelly, Esquire
    Suite 202 - Penn's Square
    402 Middletown Blvd.
    Langhorne, PA    19047
    (215) 741-1100
    fax (215) 741-4029
    email: mpk@cowanandkelly.com