*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David A. Roach and Cheryl A. Roach

    Debtor(s)

Case No: 19–13509–jkf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Objection to claim of Pennsylvania Department of Revenue Filed by Cheryl A. Roach, David A. Roach (related document(s)30).

on: 1/7/20

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/5/19

Timothy B. McGrath
Clerk of Court

33 – 32
Form 167