United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13509-jkf
David A. Roach                                                      Chapter 13
Cheryl A. Roach
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Joan              Page 1 of 2             Date Rcvd: Dec 05, 2019
                             Form ID: 167            Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
```
db/jdb        +David A. Roach,    Cheryl A. Roach,    1014 Broadview Avenue,    Langhorne, PA 19047-2675
14343645       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
14334661      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14334662      +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14334663      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14355090      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14334664      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
14334665      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
14334666      +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14342950      +FLAGSTAR BANK, FSB,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                701 Market Stree, Ste. 5000,    Philadelphia, PA 19106-1541
14359022      +Greensky, LLC,    1797 N.E. Expressway, Suite 100,    Atlanta, GA 30329-2451
14348404      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
14397541      +Michael P Kelly, Esquire,    402 Middletown Blvd.,    Suite 202,    Langhorne, PA 19047-1818
14334670      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                Cleveland, OH 44101-4982
14334671      +Suntrust Bank/GreenSky,    Attn: Bankruptcy,    Po Box 29429,    Atlanta, GA 30359-0429
14370614      +TD Auto Finance LLC,    Trustee Payment Dept.,    PO Box 16041,    Lewiston, ME 04243-9523
14363311      +TD Auto Finance LLC,    C/O MARTIN A. MOONEY,    Schiller, Knapp, Lefkowitz & Hertzel LLP,
                950 New Loudon Road, Ste. 109,    Latham, NY 12110-2182
14362656      +TD Auto Finance LLC,    c/o Schiller, Knapp,,    Lefkowitz & Hertzel, LLP,    950 New Loudon Road,
                Latham, NY 12110-2100
14334676      +Td Auto Finance,    Attn: Bankruptcy Dept,    Po Box 9223,    Farmington Hills, MI 48333-9223
14362313       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14334677      +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14334667       E-mail/Text: mrdiscen@discover.com Dec 06 2019 03:16:07      Discover Financial,
                Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
14370326       E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2019 03:16:15
                Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
14338244       E-mail/Text: mrdiscen@discover.com Dec 06 2019 03:16:07      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14369525       E-mail/Text: cashiering-administrationservices@flagstar.com Dec 06 2019 03:16:44
                Flagstar Bank, FSB,    5151 Corporate Drive,    Troy, MI 48098
14334668      +E-mail/Text: cashiering-administrationservices@flagstar.com Dec 06 2019 03:16:44
                Flagstar Bank,    Attn: Bankruptcy,    5151 Corporate Drive,    Troy, MI 48098-2639
14334669      +E-mail/Text: cio.bncmail@irs.gov Dec 06 2019 03:16:10      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
14370714       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2019 03:34:37
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14340366       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2019 03:16:19
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14335686      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:20      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14370497      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:06      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14334672      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:19      Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14334673      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:19      Synchrony Bank/Amazon,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14334674      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:23:52      Synchrony Bank/Lowes,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14334675      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:05      Synchrony Bank/Walmart,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14397542*     +Michael P Kelly, Esquire,    402 Middletown Blvd,    Suite 202,    Langhorne, PA 19047-1818
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Joan              Page 2 of 2              Date Rcvd: Dec 05, 2019
                              Form ID: 167            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
          MARTIN A. MOONEY    on behalf of Creditor   TD Auto Finance LLC kcollins@schillerknapp.com,
           acarmany@schillerknapp.com;bfisher@schillerknapp.com
          MICHAEL P. KELLY    on behalf of Joint Debtor Cheryl A. Roach mpkpc@aol.com,
           r47593@notify.bestcase.com
          MICHAEL P. KELLY    on behalf of Debtor David A. Roach mpkpc@aol.com,  r47593@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   FLAGSTAR BANK, FSB bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David A. Roach and Cheryl A. Roach
    Debtor(s)

Case No: 19–13509–jkf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Objection to claim of Pennsylvania Department of Revenue Filed by Cheryl A. Roach, David A. Roach (related document(s)30).

on: 1/7/20

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/5/19

Timothy B. McGrath
Clerk of Court

33 – 32
Form 167