# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 19-13509 |
| DAVID A. ROACH AND | : |
| CHERYL A. ROACH | : CHAPTER 13 |

## PRAECIPE

TO THE CLERK:

Please withdraw the Objection to Secured Claim #2 filed by Pennsylvania Department of Revenue which was filed on December 3, 2019.

Dated:  December 10, 2019            BY:/s/ Michael P. Kelly
                                                                                                      Michael P. Kelly, Esquire
                                                                                                      Suite 202 - Penn's Square
                                                                                                      402 Middletown Boulevard
                                                                                                      Langhorne, PA 19047
                                                                                                      (215) 741-1100
                                                                                                      fax (215) 741-4029
                                                                                                      Email:   mpk@cowanandkelly.com