**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

RE:                                                              :  BKY. NO. 19-13509
DAVID A. ROACH, AND                              :
CHERYL A. ROACH                                    :  CHAPTER 13

CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Second Amended Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee, the United States Trustee and on all other creditors who are adversely affected by the changes to the original plan on the 11th day of December, 2019, by electronic mail and/or first class mail, postage prepaid.  All creditors on the claims docket have been served at the addresses requested for notices on their Proof of Claims.  There are no student loan obligations in this case.

December 11, 2019                                    /s/ Michael P. Kelly
                                                               Michael P. Kelly, Esquire
                                                               Attorney for Debtor(s)
                                                               Suite 202 - Penn's Square
                                                               402 Middletown Blvd.
                                                               Langhorne, PA    19047
                                                               (215) 741-1100
                                                               fax (215) 741-4029
                                                               email:  mpk@cowanandkelly.com

## **SERVICE LIST**

David and Cheryl Roach- by regular mail
1014 Broadview Avenue
Langhorne, PA 19047

U.S. Trustee's Office - by CM/ECF
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

Scott F. Waterman - by CM/ECF
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

PA Department of Revenue - by regular mail – claims dock
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Rebecca A. Solarz, Esquire – CM/ECF
KML Law Group, P.C.
The Lits Building
701 Market Street, Suite 5000
Philadelphia, PA 19106

Discover Bank – by regular mail – claims docket
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Portfolio Recovery Associates, LLC – by regular mail – claims docket
P.O. Box 41067
Norfolk, VA 23541

American Express – by regular mail – claims docket
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

JPMorgan Chase Bank,NA – by regular mail – claims docket
s/b/m/t Chase Bank USA, NA
c/o Robertson, Anschutz & Schneid, PL
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Internal Revenue Services – by regular mail – claims docket
P.O. Box 7346
Philadelphia, PA 19101

Bank of America, NA – by regular mail – claims docket
P.O. Box 982284
El Paso, TX 79998-2238

Greensky, LLC – by regular mail – claims docket
1797 NE Expressway, Suite 100
Atlanta, GA 30329-3614

Wells Fargo Bank, NA – by regular mail – claims docket
P.O. Box 10438, MAC   F8235-02F
Des Moines, IA 50306-0438

PNC Bank – by regular mail – claims docket
Attn:   Bankruptcy Department
P.O. Box 94982; Mailstop Br-Yb58-01-5
Cleveland, OH 44101

Flagstar Bank, FSB – by regular mail – claims docket
5151 Corporate Drive
Troy, MI 48098

Department Stores National Bank – regular mail – claims docket
c/o Quantum3 Group LLC
P.O. Box 657
Kirkland, WA 98083-0657

Synchrony Bank – regular mail – claims docket
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

TD Auto Finance LLC – by regular mail – claims docket
Trustee Payment Dept.
P.O. Box 16041
Lewiston, ME 04243

TD Auto Finance, LLC – by regular mail
c/o Martin A. Mooney, Esquire
Schiller, Knapp, Lefkowitz & Hertzel LLP
950 New Loudon Road, Ste. 109
Latham, NY 12110-2182

Amex – by regular mail
Correspondence/Bankruptcy
P.O. Box 981540
El Paso, TX 79998-1540

Bank of America – by regular mail
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634-2413

Barclays Bank Delaware – by regular mail
Attn:   Correspondence
P.O. Box 8801
Wilmington, DE 19899-8801

Chase Card Services – by regular mail
Attn:   Bankruptcy
P.O. Box 15298
Wilmington, DE 19850-5298

Citi/Sears – by regular mail
Citibank/Centralized Bankruptcy
P.O. Box 790034
St. Louis, MO 63179-0034

Suntrust Bank/GreenSky – by regular mail
Attn:   Bankruptcy
P.O. Box 29429
Atlanta, GA 30359-0429

Synchrony Bank/JC Penneys – by regular mail
Attn:   Bankruptcy
P.O. Box 956060
Orlando, FL 32896-0001

Synchrony Bank/Amazon – by regular mail
Attn:   Bankruptcy
P.O. Box 956060
Orlando, FL 32896-5060

Synchrony Bank/Lowes – by regular mail
Attn:   Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Walmart – by regular mail
Attn:   Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

TD Auto Finance – by regular mail
Attn:   Bankruptcy Dept.
P.O. Box 9223
Farmington Hills, MI 48333-9223

Wells Fargo Bank, NA – by regular mail
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438