Certificate Number: 02921-PAE-DE-034696658

Bankruptcy Case Number: 19-13509



02921-PAE-DE-034696658

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2020, at 2:24 o'clock PM EDT, Cheryl Roach completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 23, 2020           By:   /s/Laurie Selitto

                               Name: Laurie Selitto

                               Title: counselor