Certificate Number: 02921-PAE-DE-034696659

Bankruptcy Case Number: 19-13509



02921-PAE-DE-034696659

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2020, at 2:24 o'clock PM EDT, David Roach completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 23, 2020

By: /s/Laurie Selitto

Name: Laurie Selitto

Title: counselor