Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-13509-AMC

DAVID A. ROACH  
CHERYL A. ROACH  
1014 BROADVIEW AVENUE  
LANGHORNE  PA  19047

Petition Filed Date: 05/31/2019  
341 Hearing Date: 07/26/2019  
Confirmation Date: 12/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2019 | $400.00 | Monthly Plan P | 07/29/2019 | $400.00 | Monthly Plan P | 08/30/2019 | $400.00 | Monthly Plan P |
| 10/01/2019 | $400.00 | | 10/28/2019 | $400.00 | | 12/02/2019 | $400.00 | |
| 12/31/2019 | $400.00 | | 01/28/2020 | $400.00 | | 03/02/2020 | $400.00 | |
| 04/07/2020 | $400.00 | | 05/01/2020 | $400.00 | | 06/01/2020 | $400.00 | |
| 06/30/2020 | $400.00 | | 07/31/2020 | $400.00 | | | | |

**Total Receipts for the Period: $5,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,225.04 | $0.00 | $14,225.04 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 002 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $10,189.92 | $0.00 | $10,189.92 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $5,397.22 | $0.00 | $5,397.22 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $11,622.55 | $1,211.20 | $10,411.35 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $115.35 | $0.00 | $115.35 |
| 7 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $6,875.17 | $0.00 | $6,875.17 |
| 8 | GREENSKY LLC HOME DEPOT LOAN SERVICES<br>»» 007 | Unsecured Creditors | $578.78 | $0.00 | $578.78 |
| 9 | WELLS FARGO<br>»» 008 | Unsecured Creditors | $4,952.44 | $0.00 | $4,952.44 |
| 10 | PNC BANK<br>»» 009 | Unsecured Creditors | $14,733.68 | $0.00 | $14,733.68 |
| 11 | FLAGSTAR BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 011 | Unsecured Creditors | $11,096.55 | $0.00 | $11,096.55 |
| 13 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $9,342.86 | $0.00 | $9,342.86 |
| 14 | TD AUTO FINANCE LLC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-13509-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $11,703.62 | $0.00 | $11,703.62 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,533.58 | $0.00 | $1,533.58 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $2,155.35 | $0.00 | $2,155.35 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $841.14 | $0.00 | $841.14 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $4,572.20 | $0.00 | $4,572.20 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,641.30 | $0.00 | $1,641.30 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $2,905.58 | $0.00 | $2,905.58 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,600.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $4,711.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $528.80 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $360.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.