| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13509-AMC

DAVID A. ROACH
CHERYL A. ROACH
1014 BROADVIEW AVENUE
LANGHORNE  PA   19047

Petition Filed Date: 05/31/2019
341 Hearing Date: 07/26/2019
Confirmation Date: 12/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/10/2021 | $400.00 | | 07/08/2021 | $400.00 | | 07/19/2021 | $800.00 | |
| 08/02/2021 | $400.00 | 8/2/2021 | 09/07/2021 | $400.00 | | 10/04/2021 | $400.00 | |
| 11/09/2021 | $400.00 | | 12/06/2021 | $400.00 | | 01/25/2022 | $400.00 | |
| 02/15/2022 | $400.00 | | 03/07/2022 | $400.00 | | 05/02/2022 | $400.00 | |
| 05/31/2022 | $400.00 | | 06/21/2022 | $400.00 | | 07/12/2022 | $400.00 | |

**Total Receipts for the Period: $6,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,225.04 | $0.00 | $14,225.04 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 002 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $10,189.92 | $0.00 | $10,189.92 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $5,397.22 | $0.00 | $5,397.22 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $11,622.55 | $10,003.20 | $1,619.35 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $115.35 | $0.00 | $115.35 |
| 7 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $6,875.17 | $0.00 | $6,875.17 |
| 8 | GREENSKY, LLC<br>»» 007 | Unsecured Creditors | $578.78 | $0.00 | $578.78 |
| 9 | WELLS FARGO<br>»» 008 | Unsecured Creditors | $4,952.44 | $0.00 | $4,952.44 |
| 10 | PNC BANK<br>»» 009 | Unsecured Creditors | $14,733.68 | $0.00 | $14,733.68 |
| 11 | FLAGSTAR BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 011 | Unsecured Creditors | $11,096.55 | $0.00 | $11,096.55 |
| 13 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $9,342.86 | $0.00 | $9,342.86 |
| 14 | TD AUTO FINANCE LLC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-13509-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $11,703.62 | $0.00 | $11,703.62 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,533.58 | $0.00 | $1,533.58 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $2,155.35 | $0.00 | $2,155.35 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $841.14 | $0.00 | $841.14 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $4,572.20 | $0.00 | $4,572.20 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,641.30 | $0.00 | $1,641.30 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $2,905.58 | $0.00 | $2,905.58 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,800.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $13,503.20 | Arrearages: | $400.00 |
| Paid to Trustee: | $1,296.80 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.