| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-13509-AMC**

DAVID A. ROACH
CHERYL A. ROACH
1014 BROADVIEW AVENUE
LANGHORNE  PA    19047

Petition Filed Date: 05/31/2019
341 Hearing Date: 07/26/2019
Confirmation Date: 12/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $400.00 | | 10/07/2022 | $400.00 | | 10/31/2022 | $400.00 | |
| 11/29/2022 | $400.00 | | 01/05/2023 | $400.00 | | 01/24/2023 | $400.00 | |
| 02/28/2023 | $400.00 | | 04/03/2023 | $400.00 | | 05/01/2023 | $400.00 | |
| 06/06/2023 | $400.00 | | 07/05/2023 | $400.00 | | | | |

**Total Receipts for the Period: $4,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,225.04 | $333.65 | $13,891.39 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 002 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $10,189.92 | $239.02 | $9,950.90 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $5,397.22 | $126.60 | $5,270.62 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $11,622.55 | $11,622.55 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $115.35 | $0.00 | $115.35 |
| 7 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $6,875.17 | $161.27 | $6,713.90 |
| 8 | GREENSKY LLC<br>»» 007 | Unsecured Creditors | $578.78 | $0.00 | $578.78 |
| 9 | WELLS FARGO<br>»» 008 | Unsecured Creditors | $4,952.44 | $116.15 | $4,836.29 |
| 10 | PNC BANK<br>»» 009 | Unsecured Creditors | $14,733.68 | $345.59 | $14,388.09 |
| 11 | FLAGSTAR BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 011 | Unsecured Creditors | $11,096.55 | $260.28 | $10,836.27 |
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $9,342.86 | $219.14 | $9,123.72 |
| 14 | TD AUTO FINANCE LLC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $11,703.62 | $274.50 | $11,429.12 |

**Chapter 13 Case No. 19-13509-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $1,533.58 | $35.99 | $1,497.59 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $2,155.35 | $50.56 | $2,104.79 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $841.14 | $16.76 | $824.38 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $4,572.20 | $107.25 | $4,464.95 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,641.30 | $32.69 | $1,608.61 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $2,905.58 | $57.87 | $2,847.71 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,600.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $17,499.87 | Arrearages: | $400.00 |
| Paid to Trustee: | $1,700.80 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $399.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.