UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: Cheryl A. Roach and David A. Roach


: NO. 19-13509  AMC

:  CHAPTER 13



Response to Motion for Relief filed by Flagstar Bank NA


Debtors, by and through their attorney, responds as follows:

1-5.  Admitted.

6-9.    Denied.  Movant has miscalculated the amount due.  Debtors will be current by the time of the hearing or shortly thereafter.  Movant is adequately protected and the real estate is necessary for a successful reorganization.


WHEREFORE, it is respectfully requested that the Motion be DENIED.



By: /S/Michael P. Kelly