## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Cheryl A. Roach | | |
| David A. Roach | | |
| Debtor(s) | | CHAPTER 13 |
| FLAGSTAR BANK, N.A., | | |
| Movant | | |
| vs. | | |
| | | NO. 19-13509 AMC |
| Cheryl A. Roach | | |
| David A. Roach | | |
| Debtor(s) | | |
| | | 11 U.S.C. Section 362 |
| Scott Waterman | | |
| Trustee | | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay  re: 1014 Broadview Ave, Langhorne, PA 19047 of FLAGSTAR BANK, N.A., which was filed with the Court on or about August 21, 2023, Document No. 64.

Dated: October 20, 2023

Respectfully submitted,

/s/Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mcronin@kmllawgroup.com