United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13509-amc
David A. Roach  Chapter 13
Cheryl A. Roach
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Jul 22, 2024  Form ID: 138OBJ  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Roach, Cheryl A. Roach, 1014 Broadview Avenue, Langhorne, PA 19047-2675 |
| 14342950 | + | FLAGSTAR BANK, FSB, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Stree, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14397541 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne, PA 19047-1818 |
| 14334671 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 23 2024 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14343645 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 00:17:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14334661 | + | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 00:18:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14334662 | + | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 00:17:43 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14334663 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 23 2024 00:07:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14355090 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 23 2024 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14334664 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 23 2024 00:08:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14334666 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2024 00:17:24 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14334667 | | Email/Text: mrdiscen@discover.com | Jul 23 2024 00:07:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14370326 | | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2024 00:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14338244 | | Email/Text: mrdiscen@discover.com | Jul 23 2024 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14369525 | | Email/Text: cashiering-administrationservices@flagstar.com | Jul 23 2024 00:08:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |

| Recipient ID | Mark | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14334668 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 23 2024 00:08:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14359022 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 23 2024 00:07:00 | Greensky, LLC, 1797 N.E. Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14334669 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 23 2024 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14334665 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 23 2024 00:17:20 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14348404 | + | Email/Text: RASEBN@raslg.com | Jul 23 2024 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14784562 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 00:17:46 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14334670 |   | Email/Text: Bankruptcy.Notices@pnc.com | Jul 23 2024 00:07:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14370714 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2024 00:17:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14340366 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14370497 | ^ | MEBN | Jul 22 2024 23:58:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14335686 | ^ | MEBN | Jul 22 2024 23:58:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14334672 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2024 00:17:26 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14334673 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2024 00:18:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334674 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2024 00:17:55 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334675 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2024 00:17:50 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14370614 | + | Email/Text: jaxbanko@td.com | Jul 23 2024 00:07:00 | TD Auto Finance LLC, Trustee Payment Dept., PO Box 16041, Lewiston, ME 04243-9523 |
| 14683361 | + | Email/Text: jaxbanko@td.com | Jul 23 2024 00:07:00 | TD Bank, N.A., successor in interest to, TD Auto Finance LLC, c/o JACOB C. ZWEIG, Evans Petree PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 14334676 | + | Email/Text: jaxbanko@td.com | Jul 23 2024 00:07:00 | Td Auto Finance, Attn: Bankruptcy Dept, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14362313 |   | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 23 2024 00:30:28 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14334677 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 23 2024 00:17:40 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 19-13509-amc    Doc 74    Filed 07/24/24    Entered 07/25/24 00:36:16    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14784563 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14397542 | *+ | Michael P Kelly, Esquire, 402 Middletown Blvd, Suite 202, Langhorne, PA 19047-1818 |
| 14363311 | ##+ | TD Auto Finance LLC, C/O MARTIN A. MOONEY, Schiller, Knapp, Lefkowitz & Hertzel LLP, 950 New Loudon Road, Ste. 109, Latham, NY 12110-2190 |
| 14362656 | ##+ | TD Auto Finance LLC, c/o Schiller, Knapp,, Lefkowitz & Hertzel, LLP, 950 New Loudon Road, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024                  Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Flagstar Bank  N.A. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com |
| JACOB C. ZWEIG | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Cheryl A. Roach mpkpc@aol.com  r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Debtor David A. Roach mpkpc@aol.com  r47593@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 73 − 72

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   David A. Roach                                    Case No. 19−13509−amc

   Cheryl A. Roach                                   Chapter: 13

   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania  
900 Market Street  
Suite 400  
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 22, 2024                                                                     For The Court

                                                                                                                             Timothy B. McGrath  
                                                                                                                             Clerk of Court