| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-13509-AMC

DAVID A. ROACH
CHERYL A. ROACH
1014 BROADVIEW AVENUE
LANGHORNE  PA    19047

Petition Filed Date: 05/31/2019
341 Hearing Date: 07/26/2019
Confirmation Date: 12/18/2019

Case Status: Completed on 7/ 1/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $400.00 | | 09/05/2023 | $400.00 | | 10/04/2023 | $400.00 | |
| 10/30/2023 | $400.00 | | 11/28/2023 | $400.00 | | 01/09/2024 | $400.00 | |
| 02/06/2024 | $400.00 | | 03/05/2024 | $400.00 | | 04/01/2024 | $400.00 | |
| 04/29/2024 | $400.00 | | 05/28/2024 | $400.00 | | 07/01/2024 | $400.00 | |

**Total Receipts for the Period: $4,800.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,225.04 | $932.22 | $13,292.82 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 002 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $10,189.92 | $667.82 | $9,522.10 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $5,397.22 | $353.70 | $5,043.52 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $11,622.55 | $11,622.55 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $115.35 | $7.53 | $107.82 |
| 7 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $6,875.17 | $450.53 | $6,424.64 |
| 8 | GREENSKY LLC<br>»» 007 | Unsecured Creditors | $578.78 | $37.98 | $540.80 |
| 9 | WELLS FARGO<br>»» 008 | Unsecured Creditors | $4,952.44 | $324.49 | $4,627.95 |
| 10 | PNC BANK<br>»» 009 | Unsecured Creditors | $14,733.68 | $965.56 | $13,768.12 |
| 11 | FLAGSTAR BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 011 | Unsecured Creditors | $11,096.55 | $727.21 | $10,369.34 |
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $9,342.86 | $612.26 | $8,730.60 |
| 14 | TD AUTO FINANCE LLC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $11,703.62 | $766.92 | $10,936.70 |

**Chapter 13 Case No. 19-13509-AMC**

| | | | | | |
|---|---|---|---|---|---:|
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $1,533.58 | $100.55 | $1,433.03 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $2,155.35 | $141.22 | $2,014.13 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $841.14 | $55.10 | $786.04 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $4,572.20 | $299.61 | $4,272.59 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,641.30 | $107.52 | $1,533.78 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $2,905.58 | $190.41 | $2,715.17 |
| 0 | MICHAEL P KELLY ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 22 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $24,000.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $21,863.18 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,136.82 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.