United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-13509-amc

David A. Roach                                                                          Chapter 13

Cheryl A. Roach

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + David A. Roach, Cheryl A. Roach, 1014 Broadview Avenue, Langhorne, PA 19047-2675

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

**Name**      **Email Address**

DENISE ELIZABETH CARLON
      on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
      on behalf of Creditor Flagstar Bank  N.A. bkgroup@kmllawgroup.com

JACOB C. ZWEIG
      on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com

MARTIN A. MOONEY
      on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

MICHAEL P. KELLY
      on behalf of Joint Debtor Cheryl A. Roach mpkpc@aol.com  r47593@notify.bestcase.com

MICHAEL P. KELLY

Case 19-13509-amc   Doc 84   Filed 10/24/24   Entered 10/25/24 00:39:13   Desc Imaged
Certificate of Notice   Page 2 of 3

District/off: 0313-2                   User: admin                                   Page 2 of 2

Date Rcvd: Oct 22, 2024                Form ID: 195                               Total Noticed: 1

on behalf of Debtor David A. Roach mpkpc@aol.com  r47593@notify.bestcase.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman

    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


In re:                                               : Chapter 13


David A. Roach and Cheryl A. Roach                   : Case No. 19−13509−amc
          Debtor(s)


### ORDER
_____


   AND NOW, this day , October 22, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.




                                   By The Court

                                   Ashely M. Chan
                                   Chief Judge, United States Bankruptcy Court




                                                                    83
                                                                Form 195